IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Modified Atmosphere Enterprises LLC,<br><br>      Plaintiff,<br>v.<br><br>Amcor plc and Bemis Company, Inc.,<br><br>      Defendants. | Civil Action No.: 3:20-CV-00323-JDP<br><br>**Jury Trial Demanded** |

## NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Modified Atmosphere Enterprises LLC ("MAE" or "Plaintiff") respectfully provides Notice to the Court that the parties have reached a settlement in principal. MAE respectfully requests that the Court stay all proceedings for thirty (30) days, within which time the parties will file a motion to dismiss this action with prejudice or provide a status report to the Court regarding settlement.

Dated:  July 27, 2020                    Respectfully submitted,

                                        By: */s/ Matthew C. Holohan*
                                        Barry J. Blonien
                                        Boardman & Clark LLP
                                        1 S. Pinckney Street, Suite 410
                                        PO Box 927
                                        Madison, WI 53701-0927
                                        Telephone: 608-257-9521
                                        bblonien@boardmanclark.com

1

Robert R. Brunelli
   rbrunelli@sheridanross.com
Scott R. Bialecki
   sbialecki@sheridanross.com
Matthew C. Holohan (Admitted *pro hac vice*)
   mholohan@sheridanross.com
Paul Sung Cha
   pscha@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone:   303-863-9700
Facsimile:   303-863-0223
E-mail:   litigation@sheridanross.com

BRADFORD, LTD
Aaron P. Bradford (Admitted *pro hac vice*)
Mishele Kieffer (Admitted *pro hac vice*)
2701 Lawrence Street, Suite 104
Denver, CO 80205
(303) 325-5467
Aaron@apb-law.com
Mishele@apb-law.com

*Attorneys for Plaintiff*
*Modified Atmosphere Enterprises LLC*

2